**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EARL D. HICKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MARINA ASSOCIATES, et al.,<br><br>          Defendants. | Civil No. 08-2407 (NLH/KMW)<br><br>**ORDER** |

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

**IT IS** on this ___28th___ day of ___March___, 2012, hereby

**ORDERED** that the State Defendants' motion [Doc. No. 77] for summary judgment shall be, and hereby is, **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the State Defendants' motion is **GRANTED** to the extent it seeks summary judgment on Plaintiff's claim for an illegal search of his possessions and that claim shall be, and hereby is, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the State Defendants' motion is **DENIED** to the extent it seeks summary judgment on Plaintiff's New Jersey state law claims; and it is further

**ORDERED** that Plaintiff shall have **twenty (20) days** from the date of this Order to show cause why the Court should not decline

to exercise supplemental jurisdiction over the remaining state law claims in this case, and if Plaintiff fails to respond to this Order, the Court will decline the exercise of supplemental jurisdiction, dismiss the state law claims without prejudice, and direct the Clerk of Court to close this case; and it is further

**ORDERED** that Defendants shall have seven (7) days from the date of Plaintiff's submission to respond to the Court's order to show cause.


At Camden, New Jersey                  /s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.